FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 11 2024

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD ERIC GREESON | Criminal Information<br><br>No. 3:24-CR-007-TCB |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

Beginning on a date unknown, but by no later than on or about June 1, 2022, and continuing through on or about September 22, 2022, in the Northern District of Georgia, the defendant, RICHARD ERIC GREESON, not being a licensed manufacturer or dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did willfully engage in the business of manufacturing and dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

### Count Two

On or about December 14, 2023, in the Northern District of Georgia, after a prior conviction for a drug, narcotic, or chemical offense chargeable under the law of the State of Georgia had become final as to him, the defendant, RICHARD ERIC GREESON, did knowingly and intentionally possess a controlled substance, said act involving methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 844(a).

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Information, the defendant, RICHARD ERIC GREESON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition used or involved in the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

RYAN K. BUCHANAN
  *United States Attorney*

*/s/ Theodore Hertzberg*
THEODORE S. HERTZBERG
  *Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181